**Order entered June 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00418-CV

## IN RE JOHN LANIER BURNS, JR., M.D., ET AL, Relators

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-15866**

### ORDER
Before Justices Schenck, Nowell, and Garcia

Before the Court is relators' June 4, 2021 petition for writ of mandamus. We request real parties in interest to file their response, if any, to the petition for writ of mandamus by **June 28, 2021**. The August 29, 2019 order compelling relators to produce net worth discovery is **STAYED** pending resolution of this original proceeding.

/s/      DENNISE GARCIA
JUSTICE